IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02147-AP

DOLORES LUJAN,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    **For Plaintiff**:

    Terry S. Fjeld, Esq.
    P.O. Box 17564
    Colorado Springs, CO 80935
    (719) 520-5385
    (719) 473-0042 (facsimile)

    **For Defendant:**

    WILLIAM J. LEONE
    United States Attorney
    KURT J. BOHN
    Assistant United States Attorney

By:    Debra J. Meachum
    Special Assistant United States Attorney
    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    (303) 844-1570
    (303) 844-0770 (facsimile)

Lujan v. Barnhart, No. 05-cv-02147-AP

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.  Date Complaint Was Filed: **October 26, 2005.**
    B.  Date Complaint Was Served on U.S. Attorney's Office: **October 28, 2005.**
    C.  Date Answer and Administrative Record Were Filed: **December 28, 2005.**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**The partes, to the best of their knowledge, state that the administrative record is complete and accurate.**

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Neither party intends to submit additional evidence.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.**

**7. OTHER MATTERS**

**The parties have no other matters to bring to the attention of the court.**

**8. PROPOSED BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due:    **FEBRUARY 17, 2006.**
    B.    Defendant's Response Brief Due:    **MARCH 15, 2006.**
    C.    Plaintiff's Reply Brief (If Any) Due: **MARCH 25, 2006.**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement:
          **Plaintiff does/does not request oral argument.**

    B.    Defendant's Statement:

Lujan v. Barnhart, No. 05-cv-02147-AP

**Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

- A.    ( )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
- B.    ( X )  **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

**The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.**

**DATED this 17th day of January, 2006.**

BY THE COURT:

S/John L. Kane
U.S. DISTRICT COURT JUDGE

Lujan v. Barnhart, No. 05-cv-02147-AP

**APPROVED:**

| **For Plaintiff:** | **For Defendant:** |
|---|---|
| **s/Terry S. Fjeld 1/11/06** | WILLIAM J. LEONE |
| Terry S. Fjeld, Esq. | United States Attorney |
| P.O. Box 17564 | |
| Colorado Springs, CO 80935 | **s/Kurt J. Bohn 1/11/06** |
| (719) 520-5385 | KURT J. BOHN |
| (719) 473-0042 (facsimile) | Assistant United States Attorney |
| tsfjeld@aol.com | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado 80202 |
| | (303) 454-0100 |
| | (303) 454-0404 (facsimile) |
| | kurt.bohn@usdoj.gov |
| | |
| | **s/Debra J. Meachum 1/11/06** |
| | By:  Debra J. Meachum |
| | Special Assistant United States Attorney |
| | Social Security Administration |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado  80294 |
| | (303) 844-1570 |
| | (303) 844-0770 (facsimile) |
| | debra.meachum@ssa.gov |
| | d_meachum@ssa.gov |

4